IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY FLETCHER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-3188 |
| JEFFREY BEARD, ET AL. | : | **(CAPITAL CASE)** |

## ORDER

**AND NOW**, this 16th day of May, 2016, upon consideration of Petitioner's Motion for Leave to Amend Petition for Writ of Habeas Corpus (ECF No. 18) and Motion to Remove Counsel and Proceed Pro Se Due to Continued Conflict of Interest and Rules of Professional Conduct Violations (ECF No. 22), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Petitioner's Leave to Amend Petition for Writ of Habeas Corpus is **GRANTED**; and

2. Petitioner's Motion to Remove Counsel is **DENIED**.

**IT IS SO ORDERED.**

                 **BY THE COURT:**

                 _____

                 **R. BARCLAY SURRICK, J.**